Jewel McAtee, Appellant, v. Anna Mantzoros, Appellee.

Gen. No. 9,689.

 McMillen & Garman and Stone, Stone & Hess, for appellant; Costigan, Wollrab & Yoder, for appellee. Opinion by PRESIDING JUSTICE WHEAT. **Not to be published in full.** Opinion filed March 3, 1950; released for publication March 29, 1950.